Leslie Bryan Hart, Esq. (SBN 4932)
Veronica A. Peterson, Esq. (SBN 13841)
FENNEMORE CRAIG, P.C.
300 E. Second St., Suite 1510
Reno, Nevada 89501
Tel: 775-788-2228   Fax: 775-788-2229
lhart@fclaw.com; vpeterson@fclaw.com

(Admitted *Pro Hac Vice* in *Attigui*)
Scott J. Fisher, Esq.
Karl R. Barnickol, Esq.
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 1700
Chicago, IL 60602
Tel: 312-269-8047 Fax: 312-980-0878
kbarnickol@nge.com

*Attorneys for Defendants Tahoe Resources, Inc., Elizabeth McGregor, Mark Sadler, Ronald W. Clayton, and C. Kevin McArthur*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| OUSSAMA ATTIGUI, individually and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TAHOE RESOURCES, INC.; ELIZABETH McGREGOR; MARK SADLER; RONALD W. CLAYTON; and C. KEVIN McARTHUR,<br><br>Defendants. | CASE NO.:  2:17-cv-01868-RFB-NJK<br><br>**JOINT NOTICE OF RELATED CASES AND STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE** |
| TYLER SANDERS, individually and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TAHOE RESOURCES, INC.; ELIZABETH McGREGOR; MARK SADLER; RONALD W. CLAYTON; and C. KEVIN McARTHUR,<br><br>Defendants. | CASE NO.:  2:18-cv-01041-RFB-GWF |

| | |
|---|---|
| JOSE R. CABRERA JR., Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> TAHOE RESOURCES, INC.; ELIZABETH McGREGOR; MARK SADLER; RONALD W. CLAYTON; and C. KEVIN McARTHUR, <br><br> Defendants. | CASE NO.: 2:18-cv-00924-JCM-VCF |

Proposed lead plaintiff Kevin Nguyen and defendants Tahoe Resources, Inc., Elizabeth McGregor, Mark Sadler, Ronald W. Clayton, and C. Kevin McArthur (together "Defendants"), by their undersigned counsel, hereby give joint notice of related cases pursuant to Local Rule 7-2.1 of this Court and stipulate to consolidation of these actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, and in support thereof, state as follows:

WHEREAS, on July 7, 2017, Oussama Attigui, individually and on behalf of all others similarly situated, filed a class action complaint captioned *Attigui v. Tahoe Resources, Inc., et al.*, No. 2:17-cv-01868-RFB-NJK, against Defendants alleging violations of the federal securities laws;

WHEREAS, on the same day, two other lawsuits alleging substantially similar claims were filed by other plaintiffs against the same Defendants in the United States District Courts for the Southern and Eastern Districts of New York:

    A.    *Cabrera v. Tahoe Resources, Inc., et al.*, No. 1:17-cv-05155 (S.D.N.Y.), and

    B.    *Sanders v. Tahoe Resources, Inc., et al.*, No. 17-cv-04052 (E.D.N.Y.);

WHEREAS, subsequently, the *Cabrera* action and the *Sanders* action were transferred to this District on May 14, 2018 and June 6, 2018, respectively;

WHEREAS, proposed lead plaintiff Kevin Nguyen and the Defendants (together "Parties") agree that the *Attigui*, *Cabrera*, and *Sanders* ("Related Tahoe Actions") actions are substantially similar because each alleges claims for violations of §§10(b) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. §§78j(b) and 78t(a), and

Securities and Exchange Commission Rule 10b-5 promulgated thereunder, 17 C.F.R. §240.10b-5, and are based upon similar factual allegations against the same Defendants;

WHEREAS, the Related Tahoe Actions are subject to the procedural requirements of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), Pub. L. No. 104-67, 109 Stat. 737, 15 U.S.C. §78u-4, which contemplates: (i) the consolidation of similar actions; and then (ii) the appointment of a lead plaintiff;

WHEREAS, the Parties agree that the Related Tahoe Actions should be consolidated under Fed. R. Civ. P. 42(a) because they involve common questions of law and fact;

WHEREAS, on September 5, 2017, a number of parties, including Mr. Nguyen, filed Motions for Appointment of Lead Plaintiff and Lead Counsel in the Related Tahoe Actions (*see, e.g., Attigui*, ECF Nos. 6 and 8-10);

WHEREAS, all of the parties who filed such motions, except Mr. Nguyen, subsequently either withdrew their motions or filed notices of non-opposition to Mr. Nguyen's Motion (*see, e.g., Attigui*, ECF Nos. 18-20);

WHEREAS, Mr. Nguyen was appointed Lead Plaintiff in the *Cabrera* action on September 26, 2017 and in the *Attiqui* action on July 13, 2018, and his unopposed motion remains pending in the *Sanders* action;

WHEREAS, the Parties anticipate that, subject to court approval, Mr. Nguyen will be appointed Lead Plaintiff for the consolidated Related Tahoe Actions;

WHEREAS, Mr. Nguyen intends to file an amended consolidated complaint by August 31, 2018;

WHEREAS, the Parties agree that Defendants' deadline to respond to the Related Tahoe Actions should be extended until 60 days after a consolidated amended complaint is filed, as set forth below in the proposed schedule;

WHEREAS, the Parties anticipate that Defendants will move to dismiss the consolidated amended complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, that the Parties hereto respectfully request that the Court order as follows:

1.  The following actions are related cases pursuant to Local Rule 7-2.1 of this Court and should be consolidated for all purposes including, but not limited to, discovery, pretrial proceedings and trial proceedings, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure:

    A.  *Attigui v. Tahoe Resources, Inc., et al.*, No. 2:17-cv-01868-RFB-NJK,

    B.  *Sanders v. Tahoe Resources, Inc., et al.*, No. 2:18-cv-01041-RFB-GWF, and

    C.  *Cabrera v. Tahoe Resources, Inc., et al.*, No. 2:18-cv-00924-JCM-VCF;

2.  Following consolidation, the cases shall be titled *In re Tahoe Resources, Inc. Securities Litigation*, No. 2:17-cv-01868-RFB-NJK, and all filings shall be made in that docket;

3.  The Parties shall proceed according to the schedule below:

| Scheduled Event | Date |
| --- | --- |
| Lead Plaintiff to file a consolidated amended complaint | August 31, 2018 |
| Defendants to file their motion to dismiss | 60 days after Lead Plaintiff files a consolidated amended complaint |
| Lead Plaintiff to file their opposition to Defendants' motion to dismiss | 60 days after Defendants file their motion to dismiss |
| Defendants to file their reply in support of their motion to dismiss | 30 days after Lead Plaintiff files their opposition to Defendants' motion to dismiss |

IT IS SO STIPULATED.

DATED: July 13, 2018

Respectfully submitted,

| | |
| --- | --- |
| **FENNEMORE CRAIG, P.C.** | **MUCKLEROY LUNT, LLC** |
| By:  /s/  Leslie Bryan Hart | By:  /s/  Martin A. Muckleroy |
| Leslie Bryan Hart, Esq. (SBN 4932) | Martin A. Muckleroy, Esq. (SBN 9634) |
| Veronica A. Peterson, Esq. (SBN 13841) | 6077 S. Fort Apache Rd., Suite 140 |
| 300 E. Second St., Suite 1510 | Las Vegas, NV 89148 |
| Reno, Nevada 89501 | Tel: 702-907-0097  Fax: 702-938-4065 |
| Tel: 775-788-2228  Fax: 775-788-2229 | martin@muckleroylunt.com |
| lhart@fclaw.com | |
| vpeterson@fclaw.com | |
| | |
| and | and |

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

| | |
|---|---|
| **NEAL, GERBER & EISENBERG LLP**<br>(Admitted *Pro Hac Vice* in *Attigui*)<br>Scott J. Fisher, Esq.<br>Karl R. Barnickol, Esq.<br><br>*Attorneys for Defendants Tahoe Resources, Inc., Elizabeth McGregor, Mark Sadler, Ronald W. Clayton, and C. Kevin McArthur* | **FARUQI & FARUQI LLP**<br>(Admitted *Pro Hac Vice*)<br>Richard W. Gonnello, Esq.<br><br>*Attorneys for [proposed] Lead Plaintiff Kevin Nguyen* |

**ORDER**

IT IS SO ORDERED.

_____
THE HONORABLE RICHARD F. BOULWARE II
UNITED STATES DISTRICT JUDGE

DATED: _____

14082727